

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00167-CV

| | | | |
|---|---|---|---|
| Tranter, Inc. | § | From the 30th District Court | |
| v. | § | of Wichita County (178,599-A) | |
| | § | March 27, 2014 | |
| James A. Liss and Paul Mueller Company | § | Opinion by Justice Gabriel | |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the order of the trial court denying Tranter, Inc.'s application for a temporary injunction is reversed and the case is remanded to the trial court for further proceedings consistent with this opinion.

It is further ordered that appellees James A. Liss and Paul Mueller Company shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

/s/ Lee Gabriel

By _____

Justice Lee Gabriel